CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Dated August 15, 1919, Made by WILLIAM WALDORF ASTOR for JOHN JACOB

ASTOR and WALDORF ASTOR v. THE PARK AVENUE OPERATING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.